70,368-01,02,03,04

September 2, 2015

Paul A. Scales
TDCJ-CID # 01496895
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880


Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711


RE:   WR-70,368-01; 02; 03, and; 04;
      Ex Parte Paul Anthony Scales.


To whom it may concern;

In the above-numbered and styled causes, would you please send me a copy of the Case Summary?

Alternatively, would you please send me a copy of the final "white card?"

Thank you for your prompt attention to this matter.


Sincerely yours,

*Paul A. Scales*

Paul A. Scales


C.c. file/ps

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 10 2015
Abel Acosta, Clerk